UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF FLORIDA
JACKSONVILLE DIVISION

REMORA, INC.,

    Plaintiff,

vs.

MOTIVE, INC., d/b/a RIDEMOTIVE,
JEREMY SILVA, and JOHN HABECK,

    Defendants.

CASE NO. 3:22-cv-00153-TJC-PDB

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff, Remora, Inc., respectfully moves for entry of an Order extending the time to file a response to Defendants' Motion to Dismiss (Doc. 8) to and including March 24, 2022, on the following grounds:

1. The current deadline to respond to the Motion to Dismiss is March 4, 2022.

2. Plaintiff seeks an extension of time up to and including March 24, 2022, to respond to the Motion to Dismiss.

3. Plaintiff filed this Motion before expiration of the Plaintiff's time to file a response to the Motion to Dismiss.

4. This Motion is made for good cause, in good faith, and not for

the purpose of delay, with consent of Petitioners' counsel as discussed below.

WHEREFORE, the Plaintiff, Remora, Inc., respectfully requests an entry of an Order granting this motion and permitting Plaintiff to file a response to the Motion to Dismiss on or before March 24, 2022.

## MEMORANDUM OF LAW

The relief requested herein is specifically permitted by Rule 6(b) of the Federal Rules of Civil Procedure, which provides:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

Rule 3.09, Rules of the United States District Court, Middle District of Florida, also provides that continuance of a proceeding may be allowed by Order of the Court for good cause shown.

## CERTIFICATE OF CONFERENCE

Pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies that on February 28, 2022, he emailed Drew Palmer, counsel for Defendants, concerning the relief requested in this motion. On March 1, 2022, Mr. Palmer informed the undersigned that Defendants do not oppose the relief requested herein provided that Plaintiff consent to the same extension of time (until March 24, 2022) for Defendants to respond to Plaintiff's Amended Motion to Remand to State Court (Doc. 7). The undersigned consented to the extension

requested by Defendants to respond to Plaintiff's Amended Motion to Remand to State Court (Doc. 7).

Respectfully submitted this 4th day of March, 2022.

**MARKS GRAY, P.A.**

*/s/ Tyler J. Oldenburg*
Tyler J. Oldenburg, Esq.
Florida Bar No.:  0091566
Post Office Box 447
Jacksonville, Florida  32201
(904) 398-0900 telephone
(904) 399-8440 facsimile
tjo@marksgray.com
jlp@marksgray.com
Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of March, 2022, I electronically filed the above document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants:

**MARKS GRAY, P.A.**

*/s/ Tyler J. Oldenburg*
Tyler J. Oldenburg, Esq.
Florida Bar No.:  0091566
Post Office Box 447
Jacksonville, Florida  32201
(904) 398-0900 telephone

(904) 399-8440 facsimile
tjo@marksgray.com
jlp@marksgray.com
Counsel for Plaintiff

2373095